✎ LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Derrick Smith | ) | Case No: 02-385 |
| | ) | USM No: 28206-034 |
| Date of Previous Judgment: 01/20/2004 | ) | Andre Belanger |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34                Amended Offense Level: N/A
Criminal History Category: VI             Criminal History Category: N/A
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: --- to --- months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   Due to his career offender status, the defendant is ineligible for a reduction in sentence.

**III. ADDITIONAL COMMENTS**
   If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated 01/20/2004 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/26/2008

_____
Judge's signature

Effective Date: 08/26/2008
(if different from order date)

Hon. Stanwood R. Duval, Jr., U.S. District Judge
Printed name and title