**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                           **NO. 02-385**

**DERRICK SMITH**                                           **SECTION "K"(4)**

<u>**ORDER**</u>

Before the Court is Defendant Derrick Smith's Motion for Reconsideration of his Motion to Reduce Sentence (Rec. Doc. 56).[1] Defendant seeks a reduction in sentence mainly on two grounds. First, he asserts that Amendment 709 to the U.S. Sentencing Guidelines, the career offender amendment, should be applied to his case to modify his career offender status. Second, he claims that he is entitled to a reduction in sentence due to the crack cocaine amendment to U.S.S.G. § 2D1.1. Concerning the first ground for reconsideration, the career offender amendment to U.S.S.G. § 4A1.1(f) is not retroactive. *See United States v. Godin*, 522 F.3d 133, 134-35 (1st Cir. 2008) ("If the Sentencing Commission had also given [Amendment 709] retroactive force, this would have returned the matter to the district court, but the Commissioner did not do so."); *United States v. Mackey*, Crim. A. No. 00-316, 2007 WL 4365380, at *1 (E.D.

_____

[1]The Court notes that the Defendant's motion was filed on the same day, September 15, 2008, as his notice of appeal (Rec. Doc. 55). The coincidence of these filings may deprive this Court of jurisdiction, but this Court will address the present motion in order to facilitate the expeditious handling of the Defendant's petition.

La. Dec. 11, 2007) (denying motion for retroactive application of § 4A1.1(f)).  As to the second

ground, this Court finds no reason to modify its prior order denying the Defendant a

modification of his sentence under the crack cocaine amendment, § 2D1.1, because of his career

offender status.  *See* Order, Aug. 26, 2008 (Rec. Doc. 54).  This Court has considered the

Defendant's other arguments and finds no reason to exercise any discretionary power to reduce

the Defendant's sentence.  Accordingly,

**IT IS ORDERED** that Defendant Derek Smith's Motion for Reconsideration (Rec. Doc.

56) is **DENIED.**

New Orleans, Louisiana, this __24th__ day of September, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**